UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEITH RIVERS,

                              Plaintiff,

              -against-                                      24cv120 (LTS)

DEPARTMENT OF CORRECTIONS NYC;                              CIVIL JUDGMENT
THE CITY OF NEW YORK,

                              Defendants.

      For the reasons stated in the June 18, 2024, order, this action is dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

 Dated:    June 18, 2024
           New York, New York

                                             /s/ Laura Taylor Swain
                                           LAURA TAYLOR SWAIN
                                           Chief United States District Judge